Sandeep Savla
Direct Dial: +1.202.906.1395
sandeep.savla@lw.com

**LATHAM & WATKINS** LLP

53rd at Third
885 Third Avenue
New York, New York 10022-4834
Tel: +1.212.906.1200  Fax: +1.212.751.4864
www.lw.com

FIRM / AFFILIATE OFFICES

| | |
|---|---|
| Beijing | Moscow |
| Boston | Munich |
| Brussels | New York |
| Century City | Orange County |
| Chicago | Paris |
| Dubai | Riyadh |
| Düsseldorf | San Diego |
| Frankfurt | San Francisco |
| Hamburg | Seoul |
| Hong Kong | Shanghai |
| Houston | Silicon Valley |
| London | Singapore |
| Los Angeles | Tokyo |
| Madrid | Washington, D.C. |
| Milan | |

October 7, 2019

<u>VIA ECF</u>

Honorable Alison J. Nathan, U.S.D.J.
Thurgood Marshall United States Courthouse
40 Foley Square
New York, New York 10007

Re:   <u>U.S. Bank National Association v. Triaxx Asset Management LLC et al. (16 Civ. 8507) – Oral Argument Request</u>

Dear Judge Nathan:

On behalf of Interpleader Defendant Pacific Investment Management Company LLC, we write pursuant to Rule 3.E. of Your Honor's Individual Practices to request that oral argument be held on an expedited basis with respect to Interpleader Defendants Serengeti Asset Management, LP, Triaxx Asset Management, LLC, Triaxx Prime CDO 2006-2 Ltd., and Triaxx Prime CDO 2007-1, Ltd.'s Joint Motion to Stay Enforcement of the Court's Order Pending Appeal (Dkt. Nos. 162-164).  We join counsel for the Movants' October 2, 2019 request that oral argument be held at the Court's earliest convenience after October 11, 2019 (Dkt. No. 167), which is the last day Movants' reply is due.

Respectfully submitted,

/s/ Sandeep Savla
Sandeep Savla
LATHAM & WATKINS LLP
885 Third Avenue
New York, New York 10022
(212) 906-1200
sandeep.savla@lw.com

*Attorney for Interpleader Defendant*
*Pacific Investment Management Company LLC*

cc:   All Counsel of Record (via ECF)